UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Michael Ruan,

    Plaintiff,

v.

United States of America,

    Defendant.

5:18-cv-00889-VAP-PLAx

**JUDGMENT**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's Third Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/24/19

                        Virginia A. Phillips
                        Chief United States District Judge